1 Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: service@mission.legal

5 Attorneys for Plaintiff
Hendrik Block

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 HENDRIK BLOCK,                                    ) No.  1:17-cv-01650-LJO-SAB
                                                   )
12              Plaintiff,                          ) **STIPULATION FOR CONTINUANCE OF**
                                                   ) **MANDATORY SCHEDULING**
13       vs.                                        ) **CONFERENCE; ORDER**
                                                   )
14 S & K LLC dba S & K MINI MART 4, et al.;         )
                                                   )
15              Defendants.                         )
                                                   )
16                                                 )
                                                   )
17                                                 )
   _____        )

18

19       **WHEREAS,** a Mandatory Scheduling Conference in this matter is set for February 27,

20 2018 (Dkt. 3-1);

21       **WHEREAS,** Plaintiff Hendrik Block ("Plaintiff"), and Defendants, S & K LLC dba S &

22 K Mini Mart 4, and Pritpal Kaur, Trustee of the Pritpal Kaur Revocable Trust, dated July 17,

23 2012, as amended May 10, 2013 ("Defendants," and together with Plaintiff, "the Parties"), are

24 engaged in settlement negotiations and are hopeful that a full settlement can be reached

25 informally, and desire to conserve attorney's fees and conserve Court resources;

26       **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to

27 a continuance of the Mandatory Scheduling Conference currently set for February 27, 2018 to a

28 date at the Court's convenience on or after March 29, 2018.

| | |
|---|---|
| 1 | Dated: February 20, 2018                  MISSION LAW FIRM, A.P.C. |

Dated: February 20, 2018

MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Hendrik Block

Dated: February 20, 2018

*/s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendants
S & K LLC dba S & K Mini Mart 4, and
Pritpal Kaur, Trustee of the Pritpal Kaur
Revocable Trust, dated July 17, 2012, as
amended May 10, 2013

1

## ORDER

2    The parties having so stipulated and good cause appearing,

3    IT IS HEREBY ORDERED that Mandatory Scheduling Conference currently set for

4    February 27, 2018 is continued to April 9, 2018 at 3:00 p.m. in Courtroom 9, before Magistrate

5    Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven

6    days prior to the conference.

7    IT IS SO ORDERED.

8    Dated:   **February 21, 2018**

9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28