Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Hendrik Block

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

HENDRIK BLOCK,

Plaintiff,

vs.

S & K LLC dba S & K MINI MART 4, et al.;

Defendants.

No. 1:17-cv-01650-LJO-SAB

**STIPULATION FOR DISMISSAL OF ACTION; ORDER**

**IT IS HEREBY STIPULATED** by and between Plaintiff Hendrik Block ("Plaintiff") and Defendants S & K LLC dba S & K Mini Mart 4, and Pritpal Kaur, Trustee of the Pritpal Kaur Revocable Trust, dated July 17, 2012, as amended May 10, 2013 (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: March 14, 2018

MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Hendrik Block

Dated: March 14, 2018

*/s/ Bruce A. Neilson*
Bruce A. Neilson
Attorney for Defendants
S & K LLC dba S & K Mini Mart 4, and Pritpal Kaur, Trustee of the Pritpal Kaur Revocable Trust, dated July 17, 2012, as amended May 10, 2013

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Hendrik Block ("Plaintiff") and Defendants S & K LLC dba S & K Mini Mart 4, and Pritpal Kaur, Trustee of the Pritpal Kaur Revocable Trust, dated July 17, 2012, as amended May 10, 2013 (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **March 27, 2018**

**/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE